UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHD ALSALTE,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ROBERT MUELLER, ET AL.,<br><br>    Defendant(s). | Case No. C 07-0911 JCS<br><br>**CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER** |

Following a case management conference held on **June 1, 2007,**

IT IS HEREBY ORDERED THAT the Court sets the following briefing schedule for dispositive motions:

    1. Defendant's Motion for Summary Judgment shall be filed by **August 10, 2007**.

    2. Plaintiff's opposition memorandum shall be filed by **August 24, 2007**.

    3. Defendant's reply brief shall be filed by **August 31, 2007**.

    4. Oral argument on the Motion for Summary Judgment is set for **September 28, 2007, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: June 4, 2007

JOSEPH C. SPERO
United States Magistrate Judge