1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  MOHD ALSALTE                              )
    aka MOHAMMED ALSALTE,                     )   No. C 07-0911 JCS
13                                            )
                    Plaintiff,                )
14                                            )
            v.                                )   **STIPULATION TO DISMISS AND**
15                                            )   **[PROPOSED] ORDER**
    ROBERT MUELLER, III, Director,            )
16  Federal Bureau of Investigation;          )
    MICHAEL CHERTOFF, Secretary,              )
17  Department of Homeland Security;          )
    EMILIO GONZALES, Director, USCIS;         )
18  DAVID STILL, District Director, U.S.      )
    Citizenship and Immigration Services (USCIS); )
19  TERRY RICE, San Francisco Field Office    )
    Director, USCIS,                          )
20                                            )
                    Defendants.               )
21  _____)

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26  adjudicate such application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28  ///

Stipulation to Dismiss
C07-0911 JCS                              1

1  Dated: July 19, 2007

Respectfully submitted,

2

3  SCOTT N. SCHOOLS
United States Attorney

4

5  EDWARD OLSEN
Assistant United States Attorney
Attorneys for Defendants

6

7

8

9  Date: July 19, 2007

ELIAS Z. SHAMIEH
Attorney for Plaintiff

10

11

12  **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

13

14

15  Date: July 23, 2007

JOSEPH C. SPERO
United States Magistrate Judge

*Judge Joseph C. Spero*

Stipulation to Dismiss
C07-0911 JCS

2